NO. SCWC-29148

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

KAREN L. MEREDITH, individually and in her capacity as Guardian of Ruth Scupholm; and JEFFREY MOREIRA, Respondents/Plaintiffs-Appellees,

vs.

BARBARA J. RAPISORA; BRANDON C. LAU; and PRUDENTIAL LOCATIONS, LLC, Respondents/Defendants-Appellees,

and

KATHLEEN M.S. MIKATICH and DIANNE M.S. FRAZIER, Petitioners/Intervenors/Descendants-Appellants.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29148; CIV. NO. 07-1-1018)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama and Pollack, JJ., and Circuit Judge Wilson and Circuit Judge Nacino, respectively in place of Acoba and McKenna, JJ., recused)

Petitioners/Intervenors/Descendants-Appellants'

application for writ of certiorari filed on September 7, 2012, is

hereby rejected.

DATED: Honolulu, Hawaiʻi, October 18, 2012.

Stuart M. Cowan,                    /s/ Mark E. Recktenwald
Gary Y. Shigemura, and
Joyce M. Brown                      /s/ Paula A. Nakayama
for petitioner
                                    /s/ Richard W. Pollack
Lyle S. Hosoda and
Raina Gushiken                      /s/ Michael D. Wilson
for respondents
                                    /s/ Edwin C. Nacino

